It is ordered by the court that the motion is denied and appellee shall file a memorandum in response within 30 days from the date of this entry.

**2008–1837.   In re Application of Duke Energy Ohio, Inc.**
Pub. Util. Comm., Nos. 07589–GA–AIR, 07590–GA–ALT, and 07591–GA–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Duke Energy Ohio,
It is ordered by the court that the motion is granted.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–2058.   Kettering City Schools Bd. of Edn. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–H–1740.

**2008–2059.   W. Carrollton City Schools Bd. of Edn. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–K–1741.

## RECONSIDERATION OF PRIOR DECISIONS

**2008–1345.   State v. Hubaker.**
Lake App. No. 2007–L–162, 2008-Ohio-1776. Reported at 119 Ohio St.3d 1490, 2008-Ohio-5339, 894 N.E.2d 1247. It is ordered by the court that the motion for reconsideration in this case is denied.